**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1154**

TANYA JONES; DONNA JONES,

                                   Plaintiffs - Appellants,

      versus

EMC MORTGAGE COMPANY, INCORPORATED; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED;
ROSENBERG & ASSOCIATES, LLC; GREENPOINT
MORTGAGE FUNDING, INCORPORATED,

                                   Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:06-cv-03038)

Submitted:  October 15, 2007          Decided:  October 24, 2007

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tanya Jones, Donna Jones, Appellants Pro Se.  David Samuel Panzer,
GREENBERG & TRAURIG, LLP, Washington, D.C.; Mark David Meyer,
ROSENBERG & ASSOCIATES, LLC, Bethesda, Maryland; Brian L. Moffet,
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya and Donna Jones appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. EMC Mortgage Co., Inc.</u>, No. 8:06-cv-03038 (D. Md. Feb. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>